UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.R. and S.M., individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

MSB HOLDINGS INC. d/b/a RUGIET,

Defendant(s).

Case No. ___3:26-cv-3746___

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, ___Alyssa Tolentino___, an active member in good standing of the bar of ___NewYork___, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: ___S.R. and S.M.,___ in the above-entitled action. My local co-counsel in this case is ___Michael Connett___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: ___283360___.

745 Fifth Avenue, Suite 500
New York, NY 10151
_____
MY ADDRESS OF RECORD

929-632-0267
_____
MY TELEPHONE # OF RECORD

atolentino@sirillp.com
_____
MY EMAIL ADDRESS OF RECORD

700 S. Flower Street, Ste. 1000
Los Angeles, CA 90017
_____
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(772) 783-8436
_____
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mconnett@sirillp.com
_____
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: ___6195481___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___1___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____April 30, 2026_____

Alyssa Tentino
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Alyssa Tolentino_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____May 6, 2026_____

_Virginia K. DeMarchi_____
UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California

Updated 11/2021

2