UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S.R. and S.M, individually and on behalf of all others similarly situated

Plaintiff(s),

v.

MSB HOLDINGS INC. d/b/a RUGIET                    ,

Defendant(s).

Case No. 3:26-cv-3746 _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sonjay C. Singh_____, an active member in good standing of the bar of

Maryland_____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: S.R and S.M in the above-entitled

action. My local co-counsel in this case is Michael Connett, an attorney who is a member of the

bar of this Court in good standing and who maintains an office within the State of California.

Local co-counsel's bar number is: 283360                          _____.

400 East Pratt Street 8th Floor -#16946751
Baltimore, MD 21202

MY ADDRESS OF RECORD

212-532-1091

MY TELEPHONE # OF RECORD

ssingh@sirillp.com

MY EMAIL ADDRESS OF RECORD

700 S. Flower St., Suite 1000, Los Angeles, CA

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-297-3807

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

mconnett@sirillp.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 2106150137____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2_____ times in the 12 months

preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2026    ____

Sonjay C. Singh _____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sonjay C. Singh_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____May 6, 2026_____

_____
UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California